UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MICHAEL NEILL,<br><br>Plaintiff,<br><br>v.<br><br>YMCA OF SAN DIEGO,<br><br>Defendant. | Case No.:  23-CV-457 JLS (DEB)<br><br>**ORDER (1) GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION AND (2) VACATING THE MOTION TO DISMISS HEARING AND TAKING SAID MOTION UNDER SUBMISSION**<br><br>(ECF Nos. 27, 29) |

Presently before the Court is Plaintiff Angel Michael Neill's *Ex Parte* Motion to Extend Time to Answer and File Opposition to File Plaintiff's Second Amended Complaint ("Mot. to Extend," ECF No. 29).  Defendant YMCA of San Diego filed a Motion to Dismiss Plaintiff's Second Amended Complaint ("MTD," ECF No. 27) on January 9, 2024.  The Motion to Dismiss was set for a hearing on February 15, 2024.  *See* MTD.  Per the briefing schedule issued by this Court, Plaintiff needed to file responsive briefing on or before February 1.  *See* ECF No. 28.  Plaintiff, who is appearing pro se, now asks the Court for an additional 90 days to oppose the Motion to Dismiss because he is unfamiliar with "amended local and federal rules."  Mot. to Extend at 2.  Defendant has registered no opposition to Plaintiff's Motion to Extend.

1

1   Under Federal Rule of Civil Procedure 6(b), the Court may extend a filing deadline

2   for "good cause" where, as here, a request for such an extension is made before the original

3   due date passes.  Fed. R. Civ. P. 6(b)(1)(A).  Mindful of the difficulties of proceeding

4   without counsel, courts often grant a pro se plaintiff's timely request for an extension.

5   *See, e.g.*, *Roberts v. Cal. Dep't of Corr. & Rehab.*, No. 2:12-CV-0247 KJM AC,

6   2014 WL 117973, at *3 (E.D. Cal. Jan. 9, 2014).  There is, however, a limit.  *See, e.g.*,

7   *Dalisay v. Corbin Consulting Eng'rs, Inc.*, No. CIV.07-1616-HA, 2008 WL 1840750,

8   at *3 (D. Or. Apr. 22, 2008), *aff'd*, 303 F. App'x 423 (9th Cir. 2008).  This Court typically

9   runs on a four-week motion calendar.  *See* CivLR 7.1(e)(1).  And the Court hesitates to

10   grant a lengthy extension at this stage without additional information regarding why such

11   time is needed.  The Court is thus inclined to approve Plaintiff's request but not grant the

12   full 90 days he seeks.  Plaintiff may move for an additional extension in the future if his

13   circumstances so require.

14   Accordingly, and good cause appearing, the Court **GRANTS** Plaintiff's Motion to

15   Extend (ECF No. 29) and **VACATES** the February 15, 2024 hearing on Defendant's

16   Motion to Dismiss (ECF No. 27).  Plaintiff **SHALL FILE** an opposition to the Motion to

17   Dismiss, not to exceed 25 pages in accordance with Civil Local Rule 7.1(h), <u>on or before</u>

18   <u>March 7, 2024</u>.  Defendant **MAY FILE** a reply in support of the Motion to Dismiss <u>on or</u>

19   <u>before March 14, 2024</u>.  Thereafter, the Court will take the matter under submission

20   without oral argument pursuant to Civil Local Rule 7.1(d)(1).

21   **IT IS SO ORDERED.**

22   Dated:  January 25, 2024

23   *Janis L. Sammartino*
     Hon. Janis L. Sammartino
     United States District Judge

24

25

26

27

28

2