

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Angel Michael Neill

**Plaintiff,**

**V.**

YMCA of San Diego

**Defendant.**

Civil Action No.  23-cv-00457-JLS-DEB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS IN PART AND DENIES IN PART Defendant's Motion to Dismiss Plaintiff's Fourth Amended Complaint. The Court ORDERS as follows:

1. Defendant's Motion to Dismiss Plaintiff's Title VII claims is GRANTED. To the extent Plaintiff seeks to allege claims under Title VII, such claims are DISMISSED WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND.

2. The Court declines to exercise supplemental jurisdiction as to Plaintiff's remaining state law claims, and accordingly, such claims are DISMISSED WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND. Consequently, Defendant's Motion to Dismiss Plaintiff's state law claims is DENIED AS MOOT.

**Date:**  _____6/24/25_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Santiago
A. Santiago, Deputy