UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 26 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGEL MICHAEL NEILL,<br><br>        Plaintiff - Appellant,<br><br>    v.<br><br>YMCA OF SAN DIEGO COUNTY,<br><br>        Defendant - Appellee. | No. 25-4347<br><br>D.C. No.<br>3:23-cv-00457-JLS-DEB<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: SUNG and H.A. THOMAS, Circuit Judges.

The motion (Docket Entry No. 9) to proceed in forma pauperis is granted.

The court, in its discretion, denies the motion (Docket Entry No. 10) for appointment of pro bono counsel.

The opening brief is due November 5, 2025. The answering brief is due December 5, 2025. The optional reply brief is due 21 days after the answering brief is served.

Appellant is not required to submit excerpts of record. If appellant does not submit excerpts, appellee must submit all documents cited in the pro se opening brief or otherwise required by the rules. *See* 9th Cir. R. 30-1.